UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

 ORIGINAL

UNITED STATES OF AMERICA

    - v. -

JOSE DIAZ,
    a/k/a "El Don,"

        Defendant.

- - - - - - - - - - - - - - - - - x

**NOTICE OF INTENT TO
FILE AN INFORMATION**

Patterson, J.

JUDGE PATTERSON

08 CRIM 190

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           January 29, 2008

                      MICHAEL J. GARCIA
                      United States Attorney

         By: _____
              William J. Harrington
              Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
Francisco Celedonio, Esq.
Attorney for Jose Diaz

SDNY ECF ELECTRONICALLY FILED 2/21/08