UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,       :

       - v -                    :      08 Cr. 190 (RPP)

                                       :
JOSE DIAZ,
    a/k/a "El Don,"            :

          Defendant.          :

- - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of one count of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                         _____
                                         Defendant

                                         _____
                                         Witness

                                         _____
                                         Counsel for Defendant

Date:      New York, New York
            March 6, 2008



0202